# NO. 12-18-00084-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *LOWELL QUINCY GREEN,*<br>*APPELLANT* | § | *APPEAL FROM THE 414TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE HONORABLE MATT JOHNSON,*<br>*ET AL, APPELLEES* | § | *MCLENNAN COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
### *PER CURIAM*

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure and Chapter 14 of the Texas Civil Practice and Remedies Code. *See* TEX. R. APP. P. 42.3(c); *see also* **Ex Parte Alvarado**, No. 13-16-00514-CV, 2016 WL 6520179, at *1 (Tex. App.—Corpus Christi Nov. 3, 2016, no pet.) (mem. op.).

On April 3, 2018, we notified Appellant that his notice of appeal failed to contain the information specifically required by Texas Rules of Appellate Procedure 9.5 and 25.1(e). *See* TEX. R. APP. P. 9.5, 25.1(e), 37.1. The notice warned that, unless Appellant filed a proper notice of appeal on or before May 3, the appeal would be referred to the Court for dismissal. The deadline has passed and Appellant has not responded to this Court's April 3 notice.

Also on April 3, the clerk of this Court notified Appellant that the filing fee in this appeal is due. *See* TEX. R. APP. P. 5. Appellant was informed that failure to remit the filing fee on or before April 13 would result in the Court's taking appropriate action, including dismissal of the case without further notice. *See* TEX. R. APP. P. 42.3(c). On April 24, we notified Appellant that the filing fee is past due and we requested that Appellant either (1) remit the filing fee or (2) file an affidavit of inability to pay costs on appeal, along with a copy of his inmate trust account statement, and an affidavit of previous filings in accordance with Chapter 14. *See* TEX. CIV. PRAC. & REM. CODE. ANN. § 14.004 (West Supp. 2016 (if unable to pay the requisite filing fee,

an inmate must file an affidavit or declaration of previous filings that details all previous pro se actions and contains a certified copy of the inmate's trust account statement). We informed Appellant that failure to comply with these requirements on or before May 4 would result in the Court taking appropriate action, including dismissal of the case without further notice. *See* TEX. R. APP. P. 42.3(c). On May 15, Appellant filed an application to proceed in forma pauperis and a copy of his inmate trust account statement, but did not provide an affidavit of previous filings.

Because, after notice and an opportunity to cure, Appellant has not filed a compliant notice of appeal, nor complied with Chapter 14, the appeal is dismissed. *See* TEX. R. APP. P. 42.3(c); *see also* TEX. CIV. PRAC. & REM. CODE. ANN. § 14.004; ***Ex parte Alvarado***, 2016 WL 6520179, at *1.

Opinion delivered May 16, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 16, 2018**

**NO. 12-18-00084-CV**

**LOWELL QUINCY GREEN,**
Appellant
V.
**THE HONORABLE MATT JOHNSON, ET AL**
Appellees

Appeal from the 414th District Court

of McLennan County, Texas (Tr.Ct.No. 2017-3504-5)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*